

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-22-00082-CV

**IN THE INTEREST OF I.M.D., I.M.D., I.M.D., AND M.V.D**., Children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI18096
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellant's brief was due on May 6, 2022. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by May 25, 2022**:

(1) her brief; and
(2) a written response reasonably explaining: (a) her failure to timely file a brief; and (b) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court